IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TEXAS MEDICAL SUPPLY LLC, JAD SHRAIM, OMARI SHAFRAN, DIMITRI MENIN,<br><br>                    Plaintiffs,<br><br>     v.<br><br>AVRUMI LUBIN<br><br>                    Defendant. | Civil Action No.: 2:22-cv-00059 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) AS TO <u>DEFENDANT AVRUMI LUBIN</u>**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss Defendant Avrumi Lubin from this action without prejudice and without costs.

Dated: March 15, 2024                    **WHITE AND WILLIAMS LLP**

By: _____
Shane R. Heskin
1650 Market Street, Suite 1800
Philadelphia, PA 19103
(215) 864-6329
heskins@whiteandwilliams.com
*Attorneys for Plaintiffs*

-1-

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2024, I electronically filed the foregoing document With the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*Shane R. Heskin*

Shane R. Heskin