IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TEXAS MEDICAL SUPPLY LLC, JAD SHRAIM, OMARI SHAFRAN, DIMITRI MENIN | : : : : | |
| v. | : : | CIVIL ACTION NO. 22-59 |
| AVRUMI LUBIN | : | |

**ORDER**

**AND NOW**, this 15th day of March 2024, it having been reported that the above captioned action has been resolved, it is hereby **ORDERED** as follows:[1]

1) Pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the above captioned action is **DISMISSED** without prejudice, pursuant to agreement of counsel without costs; and

2) Defendant's Motions to Dismiss for Failure to State a Claim, Motion to Dismiss for Lack of Jurisdiction (ECF No. 10) and Supplemental Motion to Dismiss for Failure to State a Claim (ECF No. 26) are **DENIED** as **MOOT**.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**

---

[1] Plaintiffs filed a Notice of Voluntary Dismissal as to Defendant Avrumi Lubin (ECF No. 29), on March 15, 2024.