IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TEXAS MEDICAL SUPPLY LLC, JAD SHRAIM, OMARI SHAFRAN, DIMITRI MENIN | : : : : | CIVIL ACTION NO. 22-59 |
| v. | : : | |
| AVRUMI LUBIN | : | |

**ORDER**

**AND NOW**, this 15th day of March 2024, it is **ORDERED** that the Court's Order dated March 15, 2024, docketed at ECF No. 30, is **VACATED**, and the Clerk of Court shall **STRIKE** said Order and reopen this action pending further Order of the Court.

**IT IS SO ORDERED**.

BY THE COURT:

   /s/ R. Barclay Surrick
**R. BARCLAY SURRICK, J.**